MAR - 4

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG A. SKALITZKY, FORD )<br>MOTOR CREDIT COMPANY, and )<br>GENERAL MOTORS ACCEPTANCE )<br>CORPORATION, )<br>)<br>)<br>Defendants. )<br>) | Case Number 07-cv-0528-bbc |

---

## ORDER OF DISMISSAL

The plaintiff, United States of America, having moved to dismiss the above-captioned case without prejudice,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, subject to reopening, upon motion of the government, in the event the bankruptcy proceeding is not dispositive with regard to all issues herein.

Entered this 3d day of March, 2008.

BY THE COURT:

*Barbara B. Crabb*

BARBARA B. CRABB
Chief United States District Judge
Western District of Wisconsin

Copy of this document has been provided to: C. Skalitzky, Atty's
John T. Holtavant, FMCCo.
this 4 day of Mar, 20 08
by
M. Hardin, Secretary to
Judge John C. Shabaz