IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG A. SKALITZKY, FORD MOTOR CREDIT COMPANY, and GENERAL MOTORS ACCEPTANCE CORPORATION,<br><br>Defendants. | Case Number 07-cv-0528-bbc |

## ORDER OF DISMISSAL

The plaintiff, United States of America, having moved for an order dismissing the above-captioned case without prejudice, and no objection by any defendant with a counterclaim appearing thereto,

IT IS HEREBY ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), subject to reopening upon motion of the government in the event that proceedings in Wood County Case No. 07-CV-223 are not dispositive with regard to all issues herein.

Entered this 18th day of November, 2008.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge
Western District of Wisconsin